# Exhibit 1

**Instructions for Completing Part 8 of the OGE Form 278e: Liabilities**

**Applicability:** All filers complete Part 8.

**Reporting Period:**

<u>Candidate, Nominee, or New Entrant</u>: Preceding calendar year and current year to filing date

<u>Annual</u>: Preceding calendar year

<u>Termination</u>: End of period covered by last report to termination date

**Reporting Requirement:**

Report liabilities over $10,000 that you, your spouse, or your dependent child owed at any time during the reporting period.

**Reporting Exceptions:**

Do not report the following: (1) loans secured by a personal motor vehicle, household furniture, or appliances, provided that the loan does not exceed the item's purchase price; (2) revolving charge accounts, such as credit card balances, where the outstanding liability did not exceed $10,000 at the end of the reporting period; (3) personal liabilities owed to a spouse, parent, sibling, or child of yours, your spouse, or your dependent child; (4) liabilities of a spouse living separate and apart with the intention of terminating the marriage or providing for a permanent separation; (5) liabilities of a former spouse or a spouse from whom you are permanently separated; and (6) obligations arising from divorce or permanent separation.

**Additional Exception for Certain Mortgages:**

• If you are not a nominee or appointee to a Presidentially-appointed, Senate-confirmed (PAS) position, you do not need to report a mortgage or home equity loan secured by your personal residence, unless you rented out the personal residence during the reporting period. However, you must report mortgages or home equity loans on properties that do not qualify as personal residences.

• If you are a nominee or appointee to one of the three types of PAS positions listed below, you do not need to report a mortgage or home equity loan secured by your personal residence, unless you rented out the personal residence during the reporting period. However, you must report mortgages or home equity loans on properties that do not qualify as personal residences. The three types of PAS positions are: (1) a position in which you will serve as a special Government employee (SGE); (2) a position as a Foreign Service Officer below the rank of ambassador; or (3) a position in the uniformed services for which the pay grade prescribed by section 201 of title 37, United States Code is O–6 or below.

• If you are a nominee or appointee to any other type of PAS position, you must report a mortgage or home equity loan secured by your personal residence as you would a mortgage on any other property.

*(Instructions continue on the following page.)*

**Completing the Fields:**

Creditor Name: Provide the name of the creditor/lending institution.

Type: Identify the type of liability.

Amount: Select the appropriate category of amount or value.  For revolving charge accounts, use the value of the liability at the end of the reporting period.  For all other liabilities, select the category that corresponds to the highest amount owed during the reporting period.  You may use the "Over $1,000,000" category only for your spouse's or dependent child's liabilities.  Do not use this category for your liabilities or a joint liability for you and your spouse or dependent child.

Year Incurred: Provide the year that the liability was incurred.

Rate: Provide the interest rate.  Describing the rate in reference to a prime rate, such as "prime + 1," is also sufficient.

Term: Specify, in years or months, the time that the loan allows for repayment.  If applicable, you may write "on demand" or "revolving."

**Nothing to Report:** If you do not have anything to report, write "None."

OGE Form 278e (March 2014)
U.S. Office of Government Ethics; 5 C.F.R. part 2634 | Form Approved: OMB No. (3209-0001)



| Report Type: | |
|---|---|
| Year (Annual Report only): | |
| Date of Appointment/Termination: | |

## Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)

| Filer's Information | | | | |
|---|---|---|---|---|
| Last Name | First Name | MI | Position | Agency |
| | | | | |

Other Federal Government Positions Held During the Preceding 12 Months:

Name of Congressional Committee Considering Nomination (Nominees only):

Filer's Certification - I certify that the statements I have made in this report are true, complete and correct to the best of my knowledge:

| Signature: | Date: |
|---|---|

Agency Ethics Official's Opinion – On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below)

| Signature: | Date: |
|---|---|

Other Review Conducted By:

| Signature: | Date: |
|---|---|

U.S. Office of Government Ethics Certification (if required):

| Signature: | Date: |
|---|---|

Comments of Reviewing Officials:

Instructions for Part 8

Note: This is a public form. Do not include account numbers, street addresses, or family member names.  See instructions for required information.

| Filer's Name | | | | | Page Number |
|---|---|---|---|---|---|

## Part 8: Liabilities

| # | Creditor Name | Type | Amount | Year Incurred | Rate | Term |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |